HENRY SCHWABELAND et al., Respondents, *v.* HERMAN BUCHLER et al., Appellants.

APPEAL from judgment of the General Term of the City Court, affirming judgment in favor of plaintiff.

Action of replevin.

*H. L. Roth*, for appellants.

*Forster, Hotaling & Klenke*, for respondents.

*Per. Curiam.* The case was disposed of in the court below upon the assumption that the representations made in January were repeated in March. The judge, in his charge to the jury, assumed that to be the fact. If he was in error the appellant should have had the correction made at the time. As this was not done the General Term was justified in regarding that as the fact. If such was the fact, then the fraud was clearly made out, for the vendees were then indebted

beyond the amount represented, and the verdict cannot be disturbed.

Judgment affirmed.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Judgment affirmed.